# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0542
_____

BLAKE ROBB,

>Appellant,

v.

STATE OF FLORIDA,

>Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

April 27, 2026


PER CURIAM.

>AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Blake Robb, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.